EDWARD JEANS et al., Appellants, *v.* SAMUEL BOLTON et al., Respondents.

(Argued October 26, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 5, 1893, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*John Henry Hull* for appellants.

*William B. Ellison* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

JOSEPH SLEVIN, Appellant, *v.* MARY C. WALLACE et al., Respondents.*

(Argued October 26, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which reversed a judgment in favor of plaintiff entered upon the report of a referee, ordered a new trial and vacated the order of reference.

*Charles E. Rushmore* for appellant.

*S. P. Nash* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 64 Hun, 288.